Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
6, 2007








Petition
for Writ of Mandamus Denied and Memorandum Opinion filed March 6, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00029-CV

____________

 

IN RE KHALIL KHALIL, 

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
January 16, 2007, relator Khalil Khalil filed a petition for writ of mandamus
in this court, requesting we compel the Honorable John T. Wooldridge, presiding
judge of the 269th District Court, Harris County, Texas, to vacate an order
reinstating the underlying case.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.


Relator
has failed to establish that he is entitled to the requested mandamus relief.  
Accordingly, we deny relator=s petition for writ of mandamus.                             

PER
CURIAM

Petition Denied and Memorandum Opinion filed March 6,
2007.

Panel consists of Justices Frost, Seymore, and
Guzman.